

| | | |
|---|---|---|
| **Mailing Address:** | Telephone: (801) 424-3555 | **Salt Lake address:** |
| PO Box 980395 | Facsimile: (801) 363-8512 | 2825 E Cottonwood Pkwy |
| Park City, UT 84098 | michael@labertewlaw.com | Suite 500 |
| | www.labertewlaw.com | Salt Lake City, UT 84121 |

June 23, 2021

VIA FEDERAL EXPRESS

Winred
1776 Wilson Blvd, Suite 530
Arlington, Virginia 22209

RE: Cease and Desist and Dispute of all charges from Peggy L. Bergmann
Visa ending 9510, Visa ending 5590 and any/all other credit charges

Dear Sir or Madam:

As you are aware, our office represents Peggy Bergmann, her Attorney-in-Fact via her Power of Attorney, and the Trustees of her various trusts.

On June 21st, we sent you a demand letter to reverse all credit card charges on Ms. Bergmann's American Express card ending in 91035. In the meantime, we discovered that you have also fraudulently charged Ms. Bergann's two Visa card 89 (Eighty-Nine) times in the last 30 days.

As set forth in our letter of two days ago, Winred is hereby directed to Cease and Desist any further business relationship or transactions of any kind, including credit card transactions, with Ms. Bergmann. Further, Winred is directed to immediately refund all amounts charged to Ms. Bergmann's American Express card ending 91035 and her Visa cards ending 9510 and 5590 which charges, as of the date of this letter, amount to over $10,000.

We reiterate: failure by Winred to abide by the demands of this letter will result in swift prosecution by our firm against Winred on behalf of our client to the full extent of the law,

including seeking of all available civil and criminal damages and penalties.

Sincerely,

*[signature]*

Michael L. Labertew